Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

December 17 20 25

Ravi Subramanian, Clerk

By_____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES ETHAN FIELDS and<br><br>LEVI AUSTIN FRAKES,<br><br>Defendants. | NO.  **CR25-5355 BHS**<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### (Conspiracy to Steal Government Property)

**A.    The Offense**

1.    Beginning at a time unknown but no later than in or about January 2023, and continuing until on or about June 1, 2025, at Joint Base Lewis McChord, in the special maritime and territorial jurisdiction of the United States, and in Thurston County, within the Western District of Washington, and elsewhere, CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES did willfully and unlawfully conspire to commit the crime

Indictment - 1
*United States v. Fields and Frakes*
USAO No. 2025R00688

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

of theft of government property, in violation of Title 18, United States Code, Sections 641 and 7(3).

**B.      The Object of the Conspiracy**

2.      The object of the conspiracy was to steal property belonging to the United States Army from Joint Base Lewis-McChord (JBLM), some of which CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES kept for their own personal use and some of which they sold or traded online, to other individuals.

**C.      Manner and Means**

3.      At some point in late 2022 or early 2023, CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES discussed and agreed upon a plan to enter JBLM and steal United States Army property, including from the 2nd Battalion, 75th Ranger Regiment compound. They agreed to trade or sell some of the stolen property online to others, for profit, using various online marketplaces including Facebook and Tacswap, an online marketplace, which describes itself as a "classifieds social network for [law enforcement officers], military personnel, and firearms enthusiasts."

4.      To sell the stolen property online, FIELDS and FRAKES used accounts in alias names. For example, on Tacswap, FIELDS had an account with the username "kilowatt" and FRAKES had an account with the username "larrythorne." FIELDS and FRAKES took pictures of the stolen property to post in these online marketplaces or to send directly to interested buyers. FIELDS and FRAKES agreed to split any profit from the sales of the stolen property between themselves.

5.      On or about particular dates identified elsewhere in this Indictment, FIELDS and FRAKES entered JBLM, went to Company Operations Facilities in the Ranger compound, and stole United States Army property, including helmets, clothing, communications equipment, gear, and ballistic plates. In each instance, the value of the stolen Army property exceeded $1,000.

Indictment - 2
*United States v. Fields and Frakes*
USAO No. 2025R00688

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

6.    FIELDS and FRAKES transported the stolen property from JBLM to a residence they shared in Thurston County and took photographs of the stolen property.

7.    FIELDS uploaded and stored photographs of equipment stolen as part of the conspiracy in a Tacswap account with username "kilowatt." FIELDS' Tacswap account contained more than 350 images, most of which depicted apparent military property, including helmets, gear, communications equipment, clothing, and ballistic plates. Between January 7, 2023, and June 1, 2025, FIELDS used his Tacswap account to communicate with others about the stolen property. One message referenced FIELDS' knowledge the property he was selling or trading was stolen, saying, "I mean that's always a possibility, [I don't know]. I never get too concerned with it. The military always balances the books."

8.    FRAKES uploaded and stored photographs of equipment stolen as part of the conspiracy in a Tacswap account with username "larrythorne." FRAKES' Tacswap account contained more than 400 images, most of which depicted apparent military property, including helmets, gear, communications equipment, clothing, and ballistic plates. Between January 7, 2023, and June 1, 2025, FRAKES used his Tacswap account to communicate with others about the stolen property. The messages referenced the possible sale or trade of military property, including ballistic plates, which were described as "unobtainable," "unobtainable/high end armor," and "exactly what SOCOM [United States Special Operations Command]/Mil issues." One message also stated, "We've been selling them for about 2.2k [$2,200] lately."

**D.    Overt Acts**

9.    In furtherance of the conspiracy and to accomplish one or more of its objects, the following overt acts were committed by one or more of the conspirators:

a.    Between on or about January 17, 2023, and February 2, 2023, CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES entered JBLM, which is

Indictment - 3
*United States v. Fields and Frakes*
USAO No. 2025R00688

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

within the special territorial jurisdiction of the United States.

b.    Between on or about January 17, 2023, and February 2, 2023, on JBLM, CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES went to the lockers of Alpha Company's Operations Facility in the Ranger Compound and stole United States Army property, including helmets, clothing, communications equipment, gear, and ballistic plates.

c.    Between February 11, 2023, and February 27, 2023, CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES entered JBLM, which is within the special territorial jurisdiction of the United States.

d.    Between February 11, 2023, and February 27, 2023, on JBLM, CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES went to the lockers of Charlie Company's Operations Facility in the Ranger Compound and stole United States Army property, including helmets, clothing, communications equipment, gear, and ballistic plates.

e.    On or about May 14, 2023, CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES entered JBLM, which is within the special territorial jurisdiction of the United States.

f.    On or about May 14, 2023, on JBLM, CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES went to the lockers of Delta Company's Operations Facility in the Ranger compound and stole United States Army property, including helmets, gear, communications equipment, and ballistic plates.

g.    Between on or about January 5, 2024, and February 20, 2024, CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES entered JBLM, which is within the special territorial jurisdiction of the United States.

h.    Between on or about January 5, 2024, and February 20, 2024, on JBLM, CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES went to the lockers

Indictment - 4
*United States v. Fields and Frakes*
USAO No. 2025R00688

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

of Charlie Company's Operations Facility in the Ranger compound and stole United States Army property, including a helmet, gear, communications equipment, clothing, and ballistic plates.

i.    Between on or about June 20, 2024, and June 24, 2024, CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES entered JBLM, which is within the special territorial jurisdiction of the United States.

j.    Between on or about June 20, 2024, and June 24, 2024, on JBLM, CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES went to the lockers of Alpha Company's Operations Facility in the Ranger compound and stole United States Army property, including helmets, gear, communications equipment, and ballistic plates.

k.    On or about January 25, 2025, CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES entered JBLM, which is within the special territorial jurisdiction of the United States.

l.    On or about January 25, 2025, on JBLM, CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES went to the lockers of Alpha Company's Operations Facility in the Ranger compound and stole United States Army property, including helmets, gear, communications equipment, clothing, and ballistic plates.

m.    On or about June 1, 2025, CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES entered JBLM, which is within the special territorial jurisdiction of the United States.

n.    On or about June 1, 2025, on JBLM, CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES went to the lockers of Charlie Company's Operations Facility in the Ranger Compound and attempted to steal United States Army property, including helmets and ballistic plates.

All in violation of Title 18, United States Code, Section 371.

Indictment - 5
*United States v. Fields and Frakes*
USAO No. 2025R00688

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## COUNT 2

### (Theft of Government Property)

On or about May 14, 2023, at Joint Base Lewis-McChord, in the special maritime and territorial jurisdiction of the United States, and within the Western District of Washington, CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES willfully and knowingly did steal and purloin, and attempt to steal and purloin, one ballistic plate and other military hardware, of a value exceeding $1,000, of the goods and property of the United States.

It is further alleged that this offense was committed in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 18, United States Code, Sections 641, 7(3), and 2.

## COUNT 3

### (Theft of Government Property)

Beginning no earlier than January 5, 2024, and ending no later than February 20, 2024, at Joint Base Lewis-McChord, in the special maritime and territorial jurisdiction of the United States, and within the Western District of Washington, CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES willfully and knowingly did steal and purloin, and attempt to steal and purloin, four ballistic plates and other military hardware, of a value exceeding $1,000, of the goods and property of the United States.

It is further alleged that this offense was committed in furtherance of the conspiracy charged in Count 1, above

All in violation of Title 18, United States Code, Sections 641, 7(3), and 2.

## COUNT 4

### (Theft of Government Property)

Beginning no earlier than June 20, 2024, and ending no later than June 24, 2024, at Joint Base Lewis-McChord, in the special maritime and territorial jurisdiction of the

Indictment - 6
*United States v. Fields and Frakes*
USAO No. 2025R00688

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

United States, and within the Western District of Washington, CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES willfully and knowingly did steal and purloin, and attempt to steal and purloin, one ballistic plate and other military hardware, of a value exceeding $1,000, of the goods and property of the United States.

It is further alleged that this offense was committed in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 18, United States Code, Sections 641, 7(3), and 2.

## COUNT 5

### (Theft of Government Property)

On or about January 25, 2025, at Joint Base Lewis-McChord, in the special maritime and territorial jurisdiction of the United States, and within the Western District of Washington, CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES willfully and knowingly did steal and purloin, and attempt to steal and purloin, two ballistic plates and other military hardware, of a value exceeding $1,000, of the goods and property of the United States.

It is further alleged that this offense was committed in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 18, United States Code, Sections 641, 7(3), and 2.

## COUNT 6

### (Robbery)

On or about June 1, 2025, at Joint Base Lewis-McChord, in the special maritime and territorial jurisdiction of the United States, and within the Western District of Washington, CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES, by force and violence and by intimidation, did take and attempt to take from the person and presence of Victim 1, property of value belonging to the United States Army.

All in violation of Title 18, United States Code, Sections 2111, 7(3), and 2.

Indictment - 7
*United States v. Fields and Frakes*
USAO No. 2025R00688

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## COUNT 7

### (Assault)

On or about June 1, 2025, at Joint Base Lewis-McChord, in the special maritime and territorial jurisdiction of the United States, and within the Western District of Washington, CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES did assault Victim 1, with the intent to commit any felony, to wit: Attempted Theft of Government Property, as charged in Count 8.

All in violation of Title 18, United States Code, Sections 113(a)(2), 7(3), and 2.

## COUNT 8

### (Attempted Theft of Government Property)

On or about June 1, 2025, at Joint Base Lewis-McChord, in the special maritime and territorial jurisdiction of the United States, and within the Western District of Washington, CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES, willfully and knowingly, did steal and purloin, and attempt to steal and purloin, four ballistic plates and other military hardware, of a value exceeding $1,000, of the goods and property of the United States.

All in violation of Title 18, United States Code, Sections 641, 7(3), and 2.

### FORFEITURE ALLEGATIONS

The allegations contained in Counts 1–8 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of any of the offenses alleged in Counts 1–5 and 8, CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES shall each forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), by way of Title 28, United States Code, Section 2461(c), any property constituting or derived from proceeds traceable to the offense. Such property includes, but is not limited to:

Indictment - 8
*United States v. Fields and Frakes*
USAO No. 2025R00688

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

a.    a sum of money, also known as a forfeiture money judgment, reflecting the proceeds each defendant obtained from the offense;

b.    the following amounts of United States currency, seized from a safe in the primary bedroom of CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES' residence:

    i.    $1,000.00;

    ii.    $3,000.00; and

    iii.    $21.00; and

c.    the following amounts of United States currency, seized from a safe in the secondary bedroom of CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES' residence:

    i.    $4,000.00;

    ii.    $4,000.00;

    iii.    $5,000.00;

    iv.    $2,000.00;

    v.    $2,000.00;

    vi.    $4,000.00;

    vii.    $1,000.00; and

    viii.    $2,000.00.

//
//
//
//

Indictment - 9
*United States v. Fields and Frakes*
USAO No. 2025R00688

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or,

    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendants, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: Yes

DATED: 12/17/2025

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____

CHARLES NEIL FLOYD
United States Attorney

_____

MARCI L. ELLSWORTH
Assistant United States Attorney

Indictment - 10
*United States v. Fields and Frakes*
USAO No. 2025R00688

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800