**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: CHARLES ETHAN FIELDS<br><br>Is there already a charging document filed for this defendant for this case in this district?<br><br>☒ Yes    ☐ No        If yes:  Select Charging Doc Type   Complaint<br><br>If yes, please enter the cause number below:<br><br>      CR <u>Enter CR Cause Number here.</u>    or      MJ <u>25-5218</u><br><br>Has the Defendant had an initial appearance in this case in this district?    ☒ Yes    ☐ No |
| **Defendant Location** | ☒ At the FDC under the cause number indicated above.<br><br>☐ At the FDC under a different cause number: Enter different cause number here.<br><br>☐ In custody under this cause number in another District: <u>Enter other District here.</u><br><br>☐ In custody (different cause number) in another District: <u>Enter other info here.</u><br><br>☐ In local custody:<br><br>☐ In the community on supervision under cause number: <u>Enter cause number here.</u><br><br>☐ At large.<br><br>☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release<br><br>☐ Continue Detention<br><br>☐ Not set; temporary detention; detention hearing scheduled for: Click or tap to enter a date. |
| **Arraignment** | ☐ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).<br><br>☐ Summons to be issued for: Click or tap to enter a date.<br><br>    ☐ Defendant Address: <u>Click or tap here to enter text.</u><br><br>☒ Letter to defense counsel for appearance on: 12/30/2025<br><br>    ☒ Defense Counsel name and address: Michael Austin Stewart |
| **Trial** | Estimated trial length (days): 5 days |

**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

<table>
<tr><td>Defendant Status</td><td>

Defendant Name: LEVI AUSTIN FRAKES

Is there already a charging document filed for this defendant for this case in this district?

☒ Yes      ☐ No                If yes:  Select Charging Doc Type   Complaint

If yes, please enter the cause number below:

CR <u>Enter CR Cause Number here.</u>      or      MJ <u>25-5218-02</u>

Has the Defendant had an initial appearance in this case in this district?    ☒ Yes      ☐ No
</td></tr>
<tr><td>Defendant Location</td><td>

☒ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: <u>Enter other District here.</u>

☐ In custody (different cause number) in another District: <u>Enter other info here.</u>

☐ In local custody:

☐ In the community on supervision under cause number: <u>Enter cause number here.</u>

☐ At large.

☐ Other: Click or tap here to enter text.
</td></tr>
<tr><td>Release</td><td>

☐ Continue Conditions of release

☐ Continue Detention

☐ Not set; temporary detention; detention hearing scheduled for: Click or tap to enter a date.
</td></tr>
<tr><td>Arraignment</td><td>

☐ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for: Click or tap to enter a date.

   ☐ Defendant Address: <u>Click or tap here to enter text.</u>

☒ Letter to defense counsel for appearance on: 12/30/2025

   ☒ Defense Counsel name and address: Gregory Geist/Mukund Rathi (FPD Seattle)
</td></tr>
<tr><td>Trial</td><td>

Estimated trial length (days): 5 days
</td></tr>
</table>