UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>CHARLES ETHAN FIELDS and LEVI AUSTIN FRAKES,<br><br>          Defendants. | CASE NO. CR25-5355 BHS<br><br>ORDER |

This matter comes before the Court on the Defendants' unopposed motion to continue the trial date and pretrial motions due date in this case. The Court, having considered the unopposed motions, the declarations of counsel in support of the motions and the Defendants' speedy trial waivers makes the following findings of fact and conclusions of law in addition to the facts set out in defendant's motion which are hereby incorporated:

    1. The defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

    2. Taking into account the exercise of due diligence, a continuance is necessary to allow the defense the reasonable time for effective preparation and to ensure continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER - 1

3. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

4. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

5. Defendants waived speedy trial through 11/10/2026 and 12/31/2026.

NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date is continued from February 24, 2026, to October 27, 2026, at 9:00 a.m. The resulting period of delay from January 15, 2026, to October 27, 2026, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

The parties are directed to submit a stipulation regarding the deadline for the government's disclosures of its expert witnesses. *See* Fed. R. Crim. P. 16(a)(1)(G)(ii). If no stipulation is reached, then each party must submit a proposed date along with the reasons in support of that proposed date.

Pretrial motions are due no later than September 27, 2026. Proposed voir dire due 10 days before trial, jury instructions and trial briefs are due 14 days before trial for the government and 10 days before trial for the defense. Pretrial Conference is set for October 19, 2026 at 9:30 a.m.

Dated this 15th day of January, 2026.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2