The Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHARLES ETHAN FIELDS,<br>Defendant. | NO. CR25-5355-BHS<br><br>**ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for an Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Defendant Charles Ethan Field's interest in a sum of money (also known as a forfeiture money judgment) in the amount of $8,000, reflecting the unrecovered proceeds Defendant Fields personally obtained from the *Conspiracy to Steal Government Property,* in violation of 18 U.S.C. § 371, to which he has pleaded guilty.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate for the following reasons:



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Property constituting, or derived from, proceeds of *Conspiracy to Steal Government Property,* in violation of 18 U.S.C. § 371, is forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c) (*see* Dkt. No. 24);
- In the Plea Agreement he entered on September 17, 2026, Defendant Fields agreed to forfeit his interest in a sum of money (also known as a money judgment) in the amount in the amount of $8,000, reflecting the unrecovered proceeds Defendant Fields personally obtained as a result of the offenses (*see* Dkt No. 43 ¶¶ 8, 13).
- The forfeiture of this sum of money is separate and distinct from any restitution the Court may order in this case; and
- The forfeiture of this sum of money is personal to Defendant Fields, and, pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(C)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), and Defendant's Plea Agreement, Defendant Fields' interest in the sum of money in the amount of $8,000 is fully and finally forfeited, in its entirety, to the United States;

2. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)–(B), this Order will become final when Defendant Fields is sentenced; it will be made part of the sentence; and it will be included in the judgment;

3. No right, title, or interest in the identified sum of money exists in any party other than the United States;

4. Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this Order forfeiting the sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed $8,000; and



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5. The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED.

DATED this 24th day of November, 2026.

THE HON. BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Krista.Bush@usdoj.gov